PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN ANDREW EVANS TINDUKASIRI,<br><br>Defendant. | CASE NO. 1:22-MJ-00117-SAB<br>         1:22-MJ-00114-SAB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), CONTINUANCE OF STATUS CONFERENCE, AND EXCLUSION OF TIME<br><br>DATE: August 16, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney LAUREL J. MONTOYA, and defendant ETHAN ANDREW EVANS TINDUKASIRI, both individually and by and through his counsel of record, CAROL ANN MOSES, hereby stipulate as follows:

1.      The Complaint in this case was filed on July 14, 2022, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on July 14, 2022. The court set a preliminary hearing date of August 16, 2022. That hearing was continued pursuant to a stipulation and request to continue it to August 16, 2022.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date in case 1:22-mj-00117-SAB to September 16, 2022, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties

STIPULATION                                      1

1 stipulate that the delay is required to allow the defense reasonable time for preparation, and for the
2 government's continuing investigation of the case.  Additionally, the parties wish to engage in
3 discussions regarding a pre-indictment resolution.  carThe parties further agree that the interests of
4 justice served by granting this continuance outweigh the best interests of the public and the defendant in
5 a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6     3.    By this stipulation, the parties jointly move to continue the status conference on the
7 training misdemeanor case, 1:22-mj-00114-SAB, to September 16, 2022, at 2:00 p.m., before the duty
8 Magistrate Judge

9     4.    The parties agree that good cause exists for the extension of time, and that the extension
10 of time would not adversely affect the public interest in the prompt disposition of criminal cases.
11 Therefore, the parties request that the time between August 16, 2022, and September 16, 2022, be
12 excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.
13     IT IS SO STIPULATED.

15 Dated:  August 15, 2022     PHILLIP A. TALBERT
    United States Attorney

17     /s/ LAUREL J. MONTOYA
    LAUREL J. MONTOYA
18     Assistant United States Attorney

20 Dated:  August 15, 2022     /s/ CAROL ANN MOSES
    CAROL ANN MOSES
21     Counsel for Defendant
    ETHAN ANDREW EVANS
22     TINDUKASIRI

24     The Court hereby finds that the Stipulation, which this Court incorporates by reference into this
25 Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to
26 Rule 5.1(d) of the Federal Rules of Criminal Procedure and continuance of the status conference.
27     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
28 of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

5. The date of the preliminary hearing in case 1:22-MJ-00117-SAB is extended to September 16, 2022, at 2:00 p.m.

6. The date of the status conference in case 1:22-MJ-00114-SAB is extended to September 16, 2022, at 2:00 p.m.

7. The time between August 16, 2022, and September 16, 2022, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

8. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: 8/15/2022

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE